**LAEDdb_InterDistrictTransfer_LAED**

| | |
|---|---|
| **From:** | cmecf_ALND@alnd.uscourts.gov |
| **Sent:** | Monday, January 9, 2023 5:16 PM |
| **To:** | LAEDdb_InterDistrictTransfer_LAED |
| **Subject:** | Transferred case has been opened |

CASE: 2:22-cv-01974

DETAILS: Case transferred from Louisiana Eastern has been opened in Northern District of Alabama as case 3:23-cv-00027, filed 01/09/2023.